IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
**CHARLESTON DIVISION**

**United States of America**

vs

CR NO. 2:25-366

**Hason Tatorian Fields**

# PLEA

The defendant, **Hason Tatorian Fields,** having withdrawn his plea of Not Guilty entered March 11, 2025, pleads **GUILTY to Count(s)** __1, 2 and 3__ of the **Indictment** after arraignment in open court.

_____
(Signed) Defendant

Charleston, South Carolina

August 5, 2025